


AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

# United States District Court
## District of Hawaii

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

OCT 0 4 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**CARMICHAEL DOAN**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number: 1:02CR00201-002<br>USM Number: 88950-022<br>**LOUIS MICHAEL CHING, ESQ.**<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) <u>Standard Condition No. 3; Standard Condition No. 6; Special Condition No. 1; Special Condition No. 7; Standard Condition No. 9; Special Condition No. 6; and Standard Condition No. 3</u> of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **0952**

Defendant's Residence Address:
**Honolulu, HI**

Defendant's Mailing Address:
**Honolulu, HI**

SEPTEMBER 28, 2005
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, Chief United States District Judge
Name & Title of Judicial Officer

Sept. 30, 2005
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

CASE NUMBER: 1:02CR00201-002  Judgment - Page 2 of 3
DEFENDANT: CARMICHAEL DOAN

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject failed to follow instructions of the Probation Officer | 2/12/2004, 3/8/2004, 3/11/2004, 5/4/2004, 6/7/2005, and 7/15/2005 |
| 2 | Subject failed to notify the Probation Office 10 days prior to a change in residence | 4/8/2004 |
| 3 | Subject refused to comply with drug testing | 3/26/2004, and 4/27/2004 |
| 4 | Subject violated the conditions of home detention with electronic monitoring | 8/31/2004 and 9/7/2004 |
| 5 | Subject associated with Jonathan K. KimSeu, who was engaged in criminal activity | 8/31/2004 |
| 7 | The subject failed to remain a full-time student at an accredited college or university and failed to maintain a minimum of a 2.5 grade point average for Spring and Fall Semester 2004 | |
| 8 | Subject failed to answer truthfully inquiries of the probation officer | 7/13/2005 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:        1:02CR00201-002                    Judgment - Page 3 of 3
DEFENDANT:          CARMICHAEL DOAN

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 2 YEARS .

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      Minimum security prison.  Mental health treatment.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

       Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                               UNITED STATES MARSHAL

                                       By _____
                                                         Deputy U.S. Marshal